**FOURTH DIVISION**
**ELLINGTON, P. J.,**
**BRANCH and MERCIER, JJ.**

**NOTICE: Motions for reconsideration must be** *physically received* **in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules**

**February 22, 2018**

# In the Court of Appeals of Georgia

A16A1318. SUNTRUST BANK v. LILLISTON et al.

BRANCH, Judge.

In *Suntrust Bank v. Lilliston*, 338 Ga. App. 738 (791 SE2d 614) (2016), this Court affirmed the trial court's ruling that the appellant had waived its right to arbitration in a renewed action by acting inconsistently with that right in the original action. The Supreme Court of Georgia granted certiorari and reversed our decision. See *Suntrust Bank v. Lilliston*, _ Ga. _ (Case No. S17G0433, decided Jan. 29, 2018). We therefore vacate our previous opinion, adopt the decision of the Supreme Court as our own, and reverse the judgment below.

*Judgment reversed. Ellington, P. J., and Mercier, J., concur.*